LEWIS BRISBOIS BISGAARD & SMITH LLP
ARTHUR K. CUNNINGHAM, SB# 97506
  E-Mail: akcatty@lbbslaw.com
STEPHANIE J. TANADA, SB# 257769
  E-Mail: tanada@lbbslaw.com
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

JS-6

Attorneys for Defendants
CITY OF NORCO, COUNTY OF RIVERSIDE, SHERIFF STANLEY SNIFF, CORPORAL L. TORRES, DEPUTY COLON and DEPUTY LINFOOT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. COBLEY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NORCO, COUNTY OF RIVERSIDE, SHERIFF STANLEY SNIFF in his official and individual capacity, CORPORAL L. TORRES #3103, DEPUTY COLON #3689, DEPUTY LINFOOT #3786. DOES1-10, inclusive,<br><br>    Defendant. | CASE NO. CV-11-00937 CAS (AJWx)<br><br>[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION<br><br>Trial Date:   None Set |

GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED THERETO,

IT IS ORDERED, ADJUDGED AND DECREED that:

1.    The Complaint, in its entirety, shall be dismissed with prejudice.

4818-2651-7519.1

STIPULATION RE DISMISSAL

1      2. All parties shall bear their own costs and attorneys' fees, including any
2  attorneys' fees potentially recoverable pursuant to state law or 42 USC Sec. 1988.

DATED: April 25, 2012

By: *Christina A. Snyder*
    Hon. Christina A. Snyder
    United States District Judge

# FEDERAL COURT PROOF OF SERVICE

Cobley v. COR - File No. 24897-397

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, CA 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 19, 2012, I served the following document(s): [PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Daniel R. Shapiro, Esquire
5610 Felspar Street
Riverside, California  92509
951-961-0500
dnalaw@sbcglobal.net

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

Executed on April 19, 2012, at San Bernardino, California.

SHARON DENISE MOORE

4818-2651-7519.1

STIPULATION RE DISMISSAL